**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

April 12, 2024

OMNI BUILDING, SUITE 901
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553
(516) 880-8484

KEITH M. CORBETT, ESQ.

*Via CM/ECF and E-Mail*

DIRECT:   (516) 880-8492
FAX:       (516) 880-8483
KCORBETT@HARRISBEACH.COM

United States District Judge Katherin Polk Failla
United States District Court for the Southern District
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

RE:   **Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co., Case No. 23-cv-00193**

Dear Judge Failla:

As you are aware, our office represents the Defendants, Michael J. Martino and Jonas Bronck Housing Co., in the above-referenced matter. Pursuant to the Court request, please be advised that my office has been unable to reach Plaintiff's counsel concerning the submission of the joint status letter which was required to be filed on April 5, 2024. My office reached out to Plaintiff's counsel on April 4, 2024, one day prior to said filing, to no avail.

Additionally, subsequent to the Court's inquiry on April 10, 2024, Plaintiff's counsel has not responded in any way to ensure for the filing of a joint status letter. As the Court is aware, we are desirous of having a settlement conference before your Honor and, please be advised we have no objection to a dismissal of this matter for the failure to prosecute.

Respectfully submitted

_____
Keith M. Corbett

To:   Levin-Epstein & Associates, P.C.
      60 East 42nd Street, Suite 4700
      New York, NY 10165
      Attn: Jason Mizrahi, Esq.