UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBURT PEREZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                     Plaintiff,

                    -v.-

MICHAEL J. MARTINO and JONAS BRONCK HOUSING CO. INC.,

                     Defendants.

23 Civ. 193 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On May 22, 2024, the Court held a settlement conference in this action before the undersigned. (*See* May 22, 2024 Minute Entry). The conference was not successful in resolving the issues between the parties.

    Accordingly, the parties are hereby ORDERED to meet and confer and submit a proposed case management plan and scheduling order (a fillable version of which can be found at https://www.nysd.uscourts.gov/hon-katherine-polk-failla) on or before **June 28, 2024**. If the parties wish to proceed with abbreviated discovery in anticipation of expedited dispositive motion practice, they should reflect as much in their plan (and include a proposed briefing schedule).

    SO ORDERED.

Dated:  June 14, 2024
          New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge