**HARRIS BEACH**
ATTORNEYS AT LAW

July 15, 2024

OMNI BUILDING, SUITE 901
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553
(516) 880-8484

**KEITH M. CORBETT, ESQ.**

DIRECT:   (516) 880-8492
FAX:      (516) 880-8483
KCORBETT@HARRISBEACH.COM

*Via CM/ECF and E-Mail*

United States District Judge Katherin Polk Failla
United States District Court for the Southern District
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

RE:   **Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co., Case No. 23-cv-00193**

Dear Judge Failla:

As you are aware, our office represents the Defendants, Michael J. Martino and Jonas Bronck Housing Co., in the above-referenced matter. Please be advised, that Plaintiff's counsel, once again, failed to meet and confer in good faith concerning this matter. As has been the normal course, today hours before a submission is required by the Court, Plaintiff's counsel sends his intended schedule without taking into account any of the dialogue that has taken place with the Court and, without offering our office an opportunity to review and discuss with our clients.

In the interest of moving this matter forward, our office immediately reached out to Plaintiff's counsel to advise of his actions and set a conference call with Plaintiff's counsel for today at 4pm. Plaintiff's counsel, once again, failed to appear, even though he confirmed his attendance.

As this Court is well aware, a party's failure to demonstrate a willingness to compromise or find solutions establishes the lack of good faith, Alexander Interactive , Inc. v. Adorama, Inc., 2013 U.S. Dist. Lexis 170931. Under the F.R.C.P., a live exchange of ideas and opinions is necessary to engage good faith, AIU Insurance Co., 2008 U.S. Dist. Lexis 66370, Alexander Interactive , Inc. v. Adorama, Inc., 2013 U.S. Dist. Lexis 170931; Layne Christensen Co., v. Bro Tech Corp, 2011 U.S. Dist. Lexis 98001. Cotracom Commodity Trading Co., v. Seaboard Corp., 189 F.R.D. 456 (Kan. 1999).

Plaintiff's counsel has not acted in accordance with the standards of good faith. The Defendants are respectfully requesting the expedited discovery schedule and dispositive motion briefing schedule set forth below.

August 15, 2024 – Dispositive Motion filed by Defendants

August 15, 2024 - Initial Disclosures exchanged by the Parties

September 16, 2024 -Plaintiff Opposition to Defendants Dispositive Motion

U.S. District Judge Katherin Polk Failla
July 15, 2024
Page 2

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

      September 16, 2024 – All parties to serve discovery demands

      September 30, 2024 -Defendant Reply in further support of Dispositive Motion

      It is respectfully submitted that having the Defendants engage in full discovery with a dispositive motion being filed is an enormous costly burden to place upon Defendants and no party is prejudiced or harmed by limited discovery while the motion is pending.

      As always, if the Court would like to discuss same with the parties our office can coordinate a conference.

      Respectfully submitted,

HARRIS BEACH PLLC
*Attorneys for the Defendants*

_____

Keith M. Corbett, Esq.
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553