# HARRIS BEACH PLLC
### ATTORNEYS AT LAW

August 9, 2024

OMNI BUILDING, SUITE 901
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553
(516) 880-8484

**KEITH M. CORBETT, ESQ.**

DIRECT: (516) 880-8492
FAX: (516) 880-8483
KCORBETT@HARRISBEACH.COM

*Via CM/ECF and E-Mail*

United States District Judge Katherine Polk Failla
United States District Court for the Southern District
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

RE: **Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co., Case No. 23-cv-00193**

**MEMO ENDORSED**

Dear Judge Failla:

As you are aware, our office represents Defendants, Michael J. Martino and Jonas Bronck Housing Co. in the above-referenced matter. I sincerely apologize for the late notice of this request.

I have been actually engaged this week in an election law trial concerning the Public Office of President of the United States. I am respectfully requesting that today's telephone conference be adjourned to early next week. I will endeavor to make myself available for any time that is convenient for the Court. I have not had an opportunity to speak with Plaintiff's counsel.

Again, my sincere apologies for this late notice.

Respectfully submitted,

Keith M. Corbett, Esq.

---

```
Application GRANTED.  Today's conference is hereby ADJOURNED to
August 13, 2024, at 3:00 p.m.  To avoid the lack of courtesy
shown to Plaintiff's counsel and this Court by the timing of the
instant request, the Court strongly urges Defendants to request
such adjournments with significantly greater lead time in the
future.

The Clerk of Court is directed to terminate the pending motion at
docket entry 43.
                                    SO ORDERED.

Dated:     August 9, 2024
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```