

**HARRIS BEACH PLLC**
ATTORNEYS AT LAW

OMNI BUILDING, SUITE 901
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553
(516) 880-8484

**KEITH M. CORBETT, ESQ.**

DIRECT:  (516) 880-8492
FAX:     (516) 880-8483
KCORBETT@HARRISBEACH.COM

September 13, 2024

*Via CM/ECF and E-Mail*

United States District Judge Katherin Polk Failla
United States District Court for the Southern District
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

      RE:      **Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co., Case No. 23-cv-00193**

Dear Judge Polk Failla:

    As you are aware, our office represents the Defendants, Michael J. Martino and Jonas Bronck Housing Co., in the above-referenced matter. The Defendants respectfully submit this letter motion to request a two week extension of the Defendants' time to interpose their dispositive motion in this matter. The basis for this request is that a personal emergency has arisen and I am simply requesting a short adjournment so that I may ensure for the protection of my client interests. I have requested consent from Plaintiff's counsel and have been advised Plaintiff takes no position on this request.

    Based upon the above, Defendants' are respectfully requesting the time to submit their dispositive motion in this matter be adjourned from September 13, 2024 to September 27, 2024.

    As always, if the Court has any questions our office can coordinate a conference number.

                          Respectfully submitted,

                          HARRIS BEACH PLLC
                          *Attorneys for the Defendants*

                          Keith M. Corbett, Esq.
                          333 Earle Ovington Blvd., Suite 901
                          Uniondale, New York 11553

Application GRANTED.  Defendants shall file their motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 on or before **September 27, 2024.**  Plaintiff shall file any opposition on or before **October 18, 2024.**  Defendants shall file any reply on or before **November 1, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 46.

Dated:    September 16, 2024          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE