UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILBURT PEREZ, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                Plaintiff,

- against -

MICHAEL J. MARTINO and
JONAS BRONCK HOUSING CO., INC.,

                Defendants.

---

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Case No: 23-cv-00193

**Hon. Katherine Polk Failla**

| | |
|---|---|
| **MOTION BY**: | Defendants Michael J. Martino and Jonas Bronck Housing Co., Inc. |
| **DATE, TIME AND PLACE OF MOTION**: | 40 Foley Square, Courtroom 618, New York, NY 10007, at a date and time to be determined by this Court. |
| **RELIEF REQUESTED**: | An Order dismissing Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure. |
| **SUPPORTING PAPERS**: | Notice of Motion for Summary Judgment; Statement of Material Facts, dated September 27, 2024; Affidavit of Michael J. Martino, sworn to September 27, 2024; , with exhibits; and a Memorandum of Law, dated September 27, 2024. |
| **GROUNDS FOR RELIEF**: | The undisputed material facts demonstrate that Plaintiff cannot establish his claims against Defendants. |
| **ANSWERING PAPERS**: | Pursuant to Local Rule 6.1(b) unless otherwise ordered by the Court, Plaintiff shall have 14 days after service of this motion to file and serve responding papers in opposition to the motion. |

**REPLY PAPERS:** Defendant reserves the right to file and serve reply papers within 7 days after service of answering papers.

**ORAL ARGUMENT**: The Moving Party does request oral argument.

Dated: September 27, 2024
       Uniondale, New York

**HARRIS BEACH PLLC**

s/ Keith M. Corbett
Keith M. Corbett, Esq.
Daniel J. Palermo, Esq.
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553
(516) 880-8484

TO:    Jason Mizrahi, Esq.
        Levin-Epstein & Associates, P.C.
        60 East 42nd Street, Suite 4700
        New York, NY 10165
        Office: (212) 792-0048