

**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Exempt Employees**

1. **Employer Information**

   Name:
   Jonas Bronck Housing Company, Inc.

   Doing Business As (DBA) Name(s):

   FEIN (optional):

   Physical Address:
   230 East 179th Street
   Bronx New York 10457

   Mailing Address:
   230 East 179th Street
   Bronx New York 10457

   Phone: 718 299 5636

2. **Notice given:**
   ☐ At hiring
   ☒ On or before February 1
   ☐ Before a change in pay rate(s), allowances claimed, or payday

   LS 59 (03/11)

3. **Employee's pay rate(s):** State if pay is based on an hourly, salary, day rate, piece rate, or other basis. $1,307.69 WEEKLY

   Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

4. **Allowances taken:**
   ☒ None
   ☐ Tips _____ per hour
   ☐ Meals _____ per meal
   ☐ Lodging _____
   ☐ Other _____

5. **Regular payday:** WEDNESDAY

6. **Pay is:**
   ☒ Weekly
   ☐ Bi-weekly
   ☐ Other: _____

7. **Overtime Pay Rate:**
   Most workers in NYS must receive at least 1½ times their regular rate of pay for all hours worked over 40 in a workweek, with few exceptions. A limited number of employees must only be paid overtime at 1½ times the minimum wage rate, or not at all.

   This employee is exempt from overtime under the following exemption (optional): _____
   CONTRACT

8. **Employee Acknowledgement:**
   On this day, I received notice of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

   **Check one:**
   ☒ I have been given this pay notice in English because it is my primary language.

   ☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

   WILBURT PEREZ
   Print Employee Name

   _[signature]_
   Employee Signature

   1-19-22
   Date

   MICHAEL MARTINO, MANAGER
   Preparer Name and Title

   The employee must receive a signed copy of this form. The employer must keep the original for 6 years.



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Exempt Employees**

---

**1. Employer Information**

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx New York 10457

Mailing Address:
230 East 179th Street
Bronx New York 10457

Phone: 718 299 5636

**2. Notice given:**
☐ At hiring
☒ On or before February 1
☐ Before a change in pay rate(s), allowances claimed, or payday

LS 59 (03/11)

**3. Employee's pay rate(s):** State if pay is based on an hourly, salary, day rate, piece rate, or other basis. WEEKLY SALARY $1,307.69

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

**4. Allowances taken:**
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** WEDNESDAY

**6. Pay is:**
☒ Weekly
☐ Bi-weekly
☐ Other: _____

**7. Overtime Pay Rate:**
Most workers in NYS must receive at least 1½ times their regular rate of pay for all hours worked over 40 in a workweek, with few exceptions. A limited number of employees must only be paid overtime at 1½ times the minimum wage rate, or not at all.

This employee is exempt from overtime under the following exemption (optional): _____
CONTRACT

**8. Employee Acknowledgement:**
On this day, I received notice of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

_(signature)_
Employee Signature

1/27/21
Date

MICHAEL MARTINO, MANAGER
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Exempt Employees**

### 1. Employer Information

Name:
Jonas Bronck Housing Company , Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx New York 10457

Mailing Address:
230 East 179th Street
Bronx New York 10457

Phone: 718 299 5636

### 2. Notice given:
- [ ] At hiring
- [x] On or before February 1
- [ ] Before a change in pay rate(s), allowances claimed, or payday

LS 59 (03/11)

### 3. Employee's pay rate(s):
State if pay is based on an hourly, salary, day rate, piece rate, or other basis. **$1,307.69 WEEKLY**

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
- [x] None
- [ ] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging _____
- [ ] Other _____

### 5. Regular payday: WEDNESDAY

### 6. Pay is:
- [x] Weekly
- [ ] Bi-weekly
- [ ] Other: _____

### 7. Overtime Pay Rate:
Most workers in NYS must receive at least 1½ times their regular rate of pay for all hours worked over 40 in a workweek, with few exceptions. A limited number of employees must only be paid overtime at 1½ times the minimum wage rate, or not at all.

This employee is exempt from overtime under the following exemption (optional): _____
CONTRACT

### 8. Employee Acknowledgement:
On this day, I received notice of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
- [x] I have been given this pay notice in English because it is my primary language.
- [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Wilburt Perez
Print Employee Name

_(signature)_
Employee Signature

2-3-2020
Date

MICHAEL MARTINO, MANAGER
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

**1. Employer Information**

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

**2. Notice given:**
☐ At hiring
☐ On or before February 1
☐ Before a change in pay rate(s), allowances claimed or payday

**3. Employee's Pay Rate:**
$ 922.40 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

**4. Allowances taken:**
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** _____

**6. Pay is:**
☒ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 34.59 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

**8. Employee Acknowledgement:**

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is_____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Wilbert Perez
Print Employee Name

[signature]
Employee Signature

1-28-2020
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

### 2. Notice given:
☐ At hiring
☐ On or before February 1
☒ Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ 922.40 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

### 5. Regular payday: _____

### 6. Pay is:
☒ Weekly
☐ Bi-weekly
☐ Other

### 7. Overtime Pay Rate:
$ 34.59 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:
On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

*[signature]*
Employee Signature

6-01-2019
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

### 2. Notice given:
☐ At hiring
☒ On or before February 1
☐ Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ 910.00 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

### 5. Regular payday: WEDNESDAY

### 6. Pay is:
☒ Weekly
☐ Bi-weekly
☐ Other

### 7. Overtime Pay Rate:
$ 34.13 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:
On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

[signature]
Employee Signature

1-31-19
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)**

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

### 2. Notice given:
☐ At hiring
☐ On or before February 1
☒ Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ 910.00  per WEEK

Weekly hours _____ (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

### 5. Regular payday: WEDNESDAY

### 6. Pay is:
☒ Weekly
☐ Bi-weekly
☐ Other

### 7. Overtime Pay Rate:
$ 34.13 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

X _____
Employee Signature

3-15-2018
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday**
Under Section 195.1 of the New York State Labor Law
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

**1. Employer Information**

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

**2. Notice given:**
☐ At hiring
☒ On or before February 1
☐ Before a change in pay rate(s), allowances claimed or payday

LS 56 (03/11)

**3. Employee's Pay Rate:**
$ 895.20 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

**4. Allowances taken:**
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** _____

**6. Pay is:**
☒ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 33.57 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

**8. Employee Acknowledgement:**

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBERT PEREZ
Print Employee Name

_____
Employee Signature

1-31-2018
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.



**Notice and Acknowledgement of Pay Rate and Payday**
Under Section 195.1 of the New York State Labor Law
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

### 2. Notice given:
☐ At hiring
☐ On or before February 1
☒ Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ 895.00 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

### 5. Regular payday: _____

### 6. Pay is:
☒ Weekly
☐ Bi-weekly
☐ Other

### 7. Overtime Pay Rate:
$ 33.57 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

_[signature]_
Employee Signature

3-09-2017
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

**1. Employer Information**

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

**2. Notice given:**
☐ At hiring
☒ On or before February 1
☐ Before a change in pay rate(s), allowances claimed or payday

**3. Employee's Pay Rate:**
$ 875.00 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

**4. Allowances taken:**
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** WEDNESDAY

**6. Pay is:**
☒ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 21.88 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

**8. Employee Acknowledgement:**

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

_[signature]_
Employee Signature

1/11/17
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

### 2. Notice given:
- [ ] At hiring
- [ ] On or before February 1
- [x] Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ **875.20** per **WEEK**

Weekly hours **40** (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
- [x] None
- [ ] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging _____
- [ ] Other _____

### 5. Regular payday: **WEDNESDAY**

### 6. Pay is:
- [x] Weekly
- [ ] Bi-weekly
- [ ] Other

### 7. Overtime Pay Rate:
$ **21.88** per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
- [x] I have been given this pay notice in English because it is my primary language.
- [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

**WILBURT PEREZ**
Print Employee Name

_(signature)_
Employee Signature

**3-10-16**
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)**

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

### 2. Notice given:
☐ At hiring
☒ On or before February 1
☐ Before a change in pay rate(s), allowances claimed or payday

LS 56 (03/11)

### 3. Employee's Pay Rate:
$ 855.70 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

### 5. Regular payday: _____

### 6. Pay is:
☒ Weekly
☐ Bi-weekly
☐ Other

### 7. Overtime Pay Rate:
$ 32.54 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

_(signature)_
Employee Signature

1-20-2016
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

### 2. Notice given:
☐ At hiring
☐ On or before February 1
☒ Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ 855.30 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

### 5. Regular payday: WEDNESDAY

### 6. Pay is:
☒ Weekly
☐ Bi-weekly
☐ Other

### 7. Overtime Pay Rate:
$ 32.07 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:
On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

[signature]
Employee Signature

7-17-2015
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

**1. Employer Information**

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone: 718 299 5636

**2. Notice given:**
☐ At hiring
☒ On or before February 1
☐ Before a change in pay rate(s), allowances claimed or payday

**3. Employee's Pay Rate:**
$ 845 20 ~~XT~~ per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

**4. Allowances taken:**
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** _____

**6. Pay is:**
☒ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 21 13 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

**8. Employee Acknowledgement:**

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

_[signature]_
Employee Signature

1-13-2015
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone: 718-299 56 36

### 2. Notice given:
- [ ] At hiring
- [ ] On or before February 1
- [x] Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ **845.20** per **WEEK**

Weekly hours **40** (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
- [x] None
- [ ] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging _____
- [ ] Other _____

### 5. Regular payday: **WEDNESDAY**

### 6. Pay is:
- [x] Weekly
- [ ] Bi-weekly
- [ ] Other

### 7. Overtime Pay Rate:
$ **21.13** per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
- [x] I have been given this pay notice in English because it is my primary language.
- [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

_(signature)_
Employee Signature

9/17/24
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

### 1. Employer Information

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone: 718 299 5636

### 2. Notice given:
- [ ] At hiring
- [x] On or before February 1
- [ ] Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ **820** per **WEEK**

Weekly hours **40** (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
- [x] None
- [ ] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging _____
- [ ] Other _____

### 5. Regular payday: **WEDNESDAY**

### 6. Pay is:
- [x] Weekly
- [ ] Bi-weekly
- [ ] Other

### 7. Overtime Pay Rate:
$ **30.75** per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
- [x] I have been given this pay notice in English because it is my primary language.
- [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

_____
Employee Signature

1-14-14
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)**

### 1. Employer Information

Name:

Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

### 2. Notice given:
☐ At hiring
☐ On or before February 1
☒ Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ 20.50 per WEEK

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
☐ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

### 5. Regular payday: WEDNESDAY

### 6. Pay is:
☒ Weekly
☐ Bi-weekly
☐ Other

### 7. Overtime Pay Rate:
$ 30.75 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is_____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WM BURT PEREZ
Print Employee Name

[signature]
Employee Signature

9-12-2013
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 56 (03/11)



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

**1. Employer Information**

Name:
Jonas Bronck Housing Company, Inc.

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
230 East 179th Street
Bronx NY 10457

Mailing Address:
230 East 179th Street
Bronx NY 10457

Phone:

**2. Notice given:**
☐ At hiring
☐ On or before February 1
☒ Before a change in pay rate(s), allowances claimed or payday

LS 56 (03/11)

**3. Employee's Pay Rate:**
$ 20.25 per HOUR

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

**4. Allowances taken:**
☒ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** WEDNESDAY

**6. Pay is:**
☒ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 30.375 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

**8. Employee Acknowledgement:**

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____ . I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

WILBURT PEREZ
Print Employee Name

_[signature]_
Employee Signature

3-22-2013
Date

Michael Martino, Manager
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

**Notice and Acknowledgement of Pay Rate and Payday Under Section 195.1 of the New York State Labor Law**

Notice for Employees Paid a Weekly Rate or a Salary for a Fixed Number of Hours (40 or Fewer in a Week)

### 1. Employer Information

Name:
Jonas Bronck Housing
230 East 179th Street
Bronx NY 10457

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:
Jonas Bronck Housing
230 East 179th Street
Bronx NY 10457

Mailing Address:
Jonas Bronck Housing
230 East 179th Street
Bronx NY 10457

Phone: (718) 299-5636

### 2. Notice given:
- [ ] At hiring
- [ ] On or before February 1
- [✓] Before a change in pay rate(s), allowances claimed or payday

### 3. Employee's Pay Rate:
$ 810 _____ per week

Weekly hours 40 (Specify the number of hours for which the weekly rate or salary will be paid.)

Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

### 4. Allowances taken:
- [ ] None
- [ ] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging
- [ ] Other

### 5. Regular payday: Wednesday

### 6. Pay is:
- [✓] Weekly
- [ ] Bi-weekly
- [ ] Other

### 7. Overtime Pay Rate:
$ 30.38 per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

### 8. Employee Acknowledgement:

On this day, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

Check one:
- [✓] I have been given this pay notice in English because it is my primary language.
- [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Wilburt Perez
Print Employee Name

_[signature]_
Employee Signature

4-2-20/3
Date

Michael Martino
Preparer Name and Title

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**

LS 56 (03/11)