

September 25, 2025

The Omni  
333 Earle Ovington Blvd, Suite 901  
Uniondale, New York 11553  
516.880.8484

**Keith M. Corbett**  
Member  
Direct:   (516).880.8492  
Fax:   516.880.8483  
KCorbett@harrisbeachmurtha.com

**VIA ECF**  
United States District Judge Katherine Polk Failla  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2103  
New York, New York 10007



RE: Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co.  
Case No. 23-cv-00193

Dear Judge Polk Failla:

As you are aware, our office represents the Defendants in the above-referenced matter. I sincerely apologize to the Court and counsel for the late request. I have an unexpected family matter that has arisen and I am respectfully requesting that tomorrow's court conference be adjourned to an open date certain. I will endeavor to make myself available at any date and time chosen by the Court.

Once again, my utmost apologies and, I do look forward to conferencing this matter. This is Defendants' first request for such relief.

We thank the Court for its consideration of this request.

Very truly yours,

Keith M. Corbett

cc: All Parties via ECF

Application GRANTED.

The telephonic conference scheduled for September 26, 2025, is hereby ADJOURNED to **September 29, 2025,** at **10:00 a.m.**

The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.  Please note, the conference will not be available prior to 10:00 a.m.

Given counsel's representation of their availability at this updated time, the Court will not grant further adjournments.

The Clerk of Court is directed to terminate the pending motion at docket entry 66.

Dated:     September 26, 2025          SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE