UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILBURT PEREZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*<br><br>      Plaintiff,<br><br>      -v.-<br><br>MICHAEL J. MARTINO and JONAS BRONCK HOUSING CO. INC.,<br><br>      Defendants. | 23 Civ. 193 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  For the reasons stated on the record at the September 29, 2025 conference, Defendants' motion for summary judgment is GRANTED in part and DENIED in part, and Plaintiff's cross motion to preclude is DENIED.

  Because claims remain in this case, the Court directs the parties to submit a joint letter to the Court proposing next steps on or before **October 15, 2025**.

  The Clerk of Court is directed to terminate the pending motions at docket entries 48 and 52.

  SO ORDERED.

Dated: September 29, 2025
     New York, New York

                     *[signature: Katherine Polk Failla]*
                     KATHERINE POLK FAILLA
                     United States District Judge