# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____
420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

October 15, 2025

*VIA ECF*
The Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007



          Re:    *Perez v. Martino et al*
                **Case No.: 1:23-cv-00193-KPF**

Dear Honorable Judge Failla,

      This law firm represents the Plaintiff in the above-referenced matter. The instant letter is filed jointly with counsel for Defendants Michael J. Martino and Jonas Bronck Housing Co. Inc. (together, the "Defendants").

      Pursuant to Your Honor's directives during the September 29, 2025 telephonic conference, the instant joint letter respectfully serve to provide the Court with a status update in the above-referenced matter.

      The parties respectfully request that the Court so-order the proposed, following, discovery schedule:

1. Parties' global deadline to complete fact discovery, and depositions – February 12, 2026.

Thank you, in advance, for your time and attention to this matter.

                                        Respectfully submitted,

                                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                         By:  */s/ Jason Mizrahi*
                              Jason Mizrahi, Esq.
                              420 Lexington Avenue, Suite 2458
                              New York, NY 10170
                              Tel. No.:  (212) 792-0048
                              Email: Jason@levinepstein.com
                              *Attorneys for Plaintiff*

The Court's September 29, 2025 oral decision indicated that limited discovery would be sufficient to resolve the remaining claims. (September 29, 2025 Minute Entry). As such, the parties' request for a discovery deadline of February 12, 2026 is DENIED IN PART. The Court directs the parties to complete discovery on or before **December 16, 2025,** and to file a joint status update to the Court by that date.

Dated:   October 16, 2025        SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE