# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

December 12, 2025

**VIA ECF**
The Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

                          Re:    *Perez v. Martino et al*
                                **Case No.: 1:23-cv-00193-KPF**

Dear Honorable Judge Failla,

       This law firm represents the Plaintiff in the above-referenced matter.

       Pursuant to Your Honor's Individual Motion Practice Rule 2(C)(ii), the instant letter respectfully serves to request the scheduling of a telephonic conference, to address Plaintiff's motion to compel Defendant Michael J. Martino to sit for his duly noticed depositions.

       On November 18, 2025, the undersigned emailed counsel for Defendants: (i) Interrogatories; (ii) Request for the Production of Documents; and (iii) a notice of deposition for Defendant Michael Martino. Mr. Martino's deposition was duly noticed for December 10, 2025.

       The undersigned met-and-conferred with Keith M. Corbett, Esq., counsel for Defendants, on a telephonic call on Monday, December 1, 2025. On the meet-and-conferral call, Defendants' counsel represented that he would be providing responses to Plaintiff's discovery requests, and that he would be speaking with his client to obtain his availability for a deposition. The undersigned subsequently followed-up with Mr. Corbett via email five (5) times between December 1, 2025 and December 11, 2025.

       Mr. Corbett did not respond to any of the undersigned's follow-up emails, including the following email transmitted on Thursday, December 11, 2025 at 5:51 p.m.:

       "Keith,

       Please be advised that if I do not receive your client's availability by tomorrow morning (12/12), I have no choice but to seek Court intervention.

       Thank you."

       In light of the foregoing, it is respectfully requested that the Court schedule a telephonic conference to address the scheduling of Mr. Martino's deposition, and the completion of remaining fact discovery.

       Thank you, in advance, for your time and attention to this matter.

        Respectfully submitted,

        LEVIN-EPSTEIN & ASSOCIATES, P.C.

    By:  */s/ Jason Mizrahi*
        Jason Mizrahi, Esq.
        420 Lexington Avenue, Suite 2458
        New York, NY 10170
        Tel. No.: (212) 792-0048
        Email: Jason@levinepstein.com
        *Attorneys for Plaintiff*