

December 17, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

KEITH M. CORBETT
MEMBER
DIRECT:      (516).880.8492
FAX:      516.880.8483
KCOBETT@HARRISBEACHMURTHA.COM

**VIA ECF**
United States District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



RE:    Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co.
       Case No. 23-cv-00193

Dear Judge Polk Failla:

As you are aware, our office represents the Defendants in the above-referenced matter. We do apologize for not submitting this correspondence sooner, as I have been out of the office and thought a response to the letter motion was due today. Please be advised, that Defendants have provided the limited discovery necessary to resolve the issues in the matter. Said documents were timely provided to Plaintiff's counsel in conformity with this Court's prior discovery order.

The only party who has not provided limited discovery is the Plaintiff. At this juncture, while discovery from the Plaintiff is desired, we do not believe an extension of the discovery deadlines is warranted as the limited discovery provided unequivocally resolves the remaining issues in this matter.

Please be advised, Plaintiff's counsel has, again, not been candid with the Court. On December 1, 2025, we did have a meet and confer via telephone where Plaintiff's counsel was advised that Defendants would provide the limited discovery ordered by this Court and that we did not believe depositions were necessary in this matter.

At this juncture the limited discovery ordered by the Court should be deemed closed and the parties may move forward with case resolution. Continuing the protracted and expensive litigation against our clients is not warranted herein.

December 17, 2025
Page 2

We truly appreciate the Courts time thank the Court for its consideration of this request.

Very truly yours,

Keith M. Corbett

cc:  All Parties via ECF

The Court has received Defendants' above-letter, Plaintiff's response (Dkt. #77), and Defendants' reply (Dkt. #78).

The Court accepts Defendants' representation that they have produced Plaintiff's discovery requests, and it awaits the parties' scheduling of Defendant Michael J. Martino's deposition on or before **January 16, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 76.

Dated:    December 18, 2025          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE