

January 7, 2026

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

**Keith M. Corbett**
Member
Direct:     (516).880.8492
Fax:     516.880.8483
KCobett@harrisbeachmurtha.com

**VIA ECF**
United States District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

RE:   Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co.
   Case No. 23-cv-00193

Dear Judge Polk Failla:

As you are aware, our office represents the Defendants in the above-referenced matter.

On consent with Plaintiff's counsel, we write to respectfully request a thirty (30) day extension of time to complete depositions in this matter, extending the deadline from January 16, 2026, to and including February 16, 2026. The reason for the request, is our office is involved in significant hearings over the next two weeks and would greatly appreciate the time to ensure depositions are finalized thereby closing discovery in this matter.

We sincerely apologize for any inconvenience and appreciate the Court's time and consideration. As always, if the Court would like to discuss this matter further, our office can coordinate a conference of the parties.

Very truly yours,

Keith M. Corbett

cc:  All Parties via ECF