

February 17, 2026

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

**Keith M. Corbett**
Member
Direct:   (516).880.8492
Fax:      516.880.8483
KCobett@harrisbeachmurtha.com

<u>VIA ECF</u>
United States District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

      RE:    <u>Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co.
               Case No. 23-cv-00193</u>

Dear Judge Polk Failla:

    As you are aware, our office represents the Defendants in the above-referenced matter.

    The deposition of Defendant has been completed. At this juncture, we believe we have sufficient evidence for the claims to be dismissed against Michel J. Martino and, while we believe we have sufficient evidence to have the remaining claims dismissed, a deposition of the Plaintiff would ensure for the finalization of the remaining claims. As such, we respectfully request limited discovery for the sole purpose of deposing the Plaintiff, Wilburt Perez. Plaintiff's counsel was aware that Defendants wanted to depose the Plaintiff, however the Plaintiff's counsel has refused to produce Plaintiff for said deposition.

    In light of the foregoing, we respectfully request the sole limited discovery set forth herein be granted and that the Defendants have thirty (30) days to complete said deposition.

    As always, we appreciate the Court's time and consideration, and, if the Court requires, we will coordinate a conference call for all counsel with the Court.

                                          Very truly yours,

                                          Keith M. Corbett

cc:  All Parties via ECF