**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

March 19, 2026

OMNI BUILDING, SUITE 901
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553
(516) 880-8484

*Via CM/ECF and E-Mail*

KEITH M. CORBETT, ESQ.

DIRECT:    (516) 880-8492
FAX:        (516) 880-8483
KCORBETT@HARRISBEACH.COM

United States District Judge Katherin Polk Failla
United States District Court for the Southern District
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

    RE:   **Wilburt Perez vs. Michael J. Martino and Jonas Bronck Housing Co.,**
         **Case No. 23-cv-00193**

Dear Judge Failla:

  This firm represents the Defendants, Michael J. Martino and Jonas Bronck Housing Co. in the above-referenced matter.  The purpose of this letter is to request a pre-motion conference in anticipation of filing a motion for summary judgment pursuant to FRCP Rule 56.

  Plaintiff's New York Labor Law claims were dismissed pursuant to this Court's Order (Dkt. No. 68), and Defendants contend that Plaintiff's remaining claims pursuant to the Fair Labor Standards Act ("FLSA") should be similarly dismissed.

  In the limited discovery ordered by this Court subsequent to the prior award of partial summary judgment to the Defendants, it has been conclusively established that Defendants are entitled to dismissal of all remaining claims in this action. It is currently uncontroverted that Defendant Michael J. Martino (hereinafter "Defendant Martino"), was not, and never was, the employer for the Plaintiff Wilburt Perez. The Plaintiff has been provided the Management Agreement for Martino Real Estate, LLC. Additionally, the Plaintiff has deposed Michael J. Martino and the testimony clearly sets forth that Mr. Martino is not and never has been the employer for the Plaintiff herein.

  As this Court is well aware, Jonas Bronck Housing Co. Inc., is a domestic corporation formed under the Private Finance Case 1:23-cv-00193-KPF Document 59 Filed 11/01/24 Page 6 of 15 3 Housing Law to provide rental accommodations for seniors over the age of 62 with the sole place of business at 230 East 179th Street, Bronx, New York. Jonas Bronk is controlled, operated and managed by a Board of Directors. Defendant Martino through his company Martino Real Estate, LLC provided management services to Defendant Jonas Bronck Housing Co., Inc.. At all times mentioned herein and for all allegations forming the basis of Plaintiff's claims Defendant Martino was not Plaintiff's employer.

  Defendant Michael J. Martino is entitled to the complete dismissal of all claims. For the remaining claims, the discovery and evidence have completely established Plaintiff's position was exempt from overtime under the FLSA, and even if his position was not exempt, his contract complies with the regulations issued pursuant to the FLSA, which allow reasonable compensation agreements for non-exempt employees that reside on the employer's premises.  *See* 29 U.S.C. § 213; 29 C.F.R. §785.23.

U.S. District Judge Katherin Polk Failla
March 19, 2026
Page 2



## Conclusion

Based on the foregoing, Defendants request an order scheduling a pre-motion conference to discuss their anticipated motion and welcome the opportunity to answer any questions from the Court. Thank you for your consideration of this matter.

Respectfully submitted,

HARRIS BEACH PLLC
*Attorneys for the Defendants*

Keith M. Corbett, Esq.
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553
(516) 880-8484