UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBURT PEREZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

Plaintiff,

-v.-

MICHAEL J. MARTINO and JONAS BRONCK HOUSING CO. INC.,

Defendants.

23 Civ. 193 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

At the telephonic pretrial conference held on April 22, 2026, the Court discussed with the parties Defendants' request for leave to file a second summary judgment motion in light of information obtained after the Court's resolution of Defendants' first summary judgment motion, including information obtained during the deposition of Defendant Michael J. Martino. (Dkt. #85 (Defendants' pre-motion letter); Minute Entry for April 22, 2026).  At the conference, the Court requested the transcript of Mr. Martino's deposition, so that it could consider whether granting leave to file a second summary judgment motion would be an efficient use of the Court's *and* the parties' resources.  The Court has reviewed the transcript of Mr. Martino's deposition, and it concludes that his testimony would not allow the Court to resolve any or all of the remaining Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") claims as a matter of law.  It therefore DENIES Defendants' motion for leave to file a second summary judgment motion.

Instead, the Court ORDERS as follows:

- Trial in this matter shall begin on **June 22, 2026**, at **9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

- The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials.

- The parties' Joint Pretrial Order, motions *in limine,* requests to charge, proposed voir dire questions, and any pretrial memoranda of law will be due on or before **June 1, 2026**.

- Any opposition papers will be due on or before **June 8, 2026.**

- The final-pretrial conference will be scheduled for **June 15, 2026**, at **2:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

If at any time, both parties wish to be referred to Magistrate Judge Ona T. Wang or to the Court's mediation program, they shall promptly inform the Court in writing.  The Court does not contemplate adjourning the June 22 trial date to accommodate settlement discussions.  In addition, while Federal Rule of Civil Procedure 68 specifies that offers of judgment be filed at least fourteen days in advance of trial, the Court requests that any offer of judgment in this case be filed on or before **June 1, 2026**, concurrent with the opening round of pretrial submissions.

SO ORDERED.

Dated:    April 24, 2026
        New York, New York

                                        KATHERINE POLK FAILLA
                                United States District Judge

2