# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

June 2, 2026

**<u>VIA ECF</u>**
The Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007



Re:    *Perez v. Martino et al*
       **<u>Case No.: 1:23-cv-00193-KPF</u>**

Dear Honorable Judge Failla,

This law firm represents the Plaintiff in the above-referenced matter.

The instant letter respectfully serves to request a one (1) week, *nunc pro tunc[1],* extension, from June 1, 2026 to, through and including, June 8, 2026, for the parties to submit their proposed Joint Pretrial Order, pursuant to Your Honor's Individual Motion Practice Rule 7.

This is the first request of its kind, and is made on consent of Defendants. If granted, the instant request would not affect any other Court-ordered deadlines. The basis of the request is that the parties need additional time to meet-and-confer regrading the proposed filings. By way of background, Plaintiff's initial draft filings were circulated on May 29, 2026, and Defendants' counsel had circulated his proposed redlines in the afternoon of June 1, 2026.

The parties anticipate being in a position to complete, and file, their proposed joint pretrial filings, on or before June 8, 2026, *i.e.,* in advance of the in-person pre-trial conference scheduled for June 15, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     420 Lexington Avenue, Suite 2458
     New York, NY 10170
     Tel. No.:  (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Plaintiff*

---

[1] The undersigned respectfully wishes to apologize to the Court for the slight delay in the filing of the instant application.

1

Application DENIED because it would give the Court inadequate time to prepare for trial.  The parties' Joint Pretrial Order -- as well as the requests to charge, proposed voir dire questions, any motions *in limine*, and any  pretrial memoranda of law -- are due by **tomorrow, Wednesday, June 3, 2026,** at **5:00 p.m.**  (*See* Dkt. #88 (requiring these submission on or before June 1, 2026)).

The Clerk of Court is directed to terminate the pending motion at docket entry 88 and is further directed to STRIKE the document at docket entry 89.  (*See* Dkt. #90 (explaining that docket entry 89 was erroneously filed and requesting that the Court strike it)).

Dated:    June 2, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE