## LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

June 3, 2026



***VIA ECF***
The Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Perez v. Martino et al*
         **Case No.: 1:23-cv-00193-KPF**

Dear Honorable Judge Failla,

This law firm represents the Plaintiff Wilburt Perez (the "Plaintiff") in the above-referenced matter.

The instant letter respectfully serves to provide the Court with a status update in the above-referenced matter. The parties have been working to ensure compliance with this Court's order of June 2, 2026. However, Defendant's counsel has been involved in hearings today and Plaintiff's counsel is unavailable to discuss the final documents this evening. Therefore, we are respectfully requesting, on consent, that the parties have until June 4, 2026 to file the trial documents.

Additionally, it is important to note, that the parties have been discussing settlement of this action. In light of the forgoing, the parties respectfully request the directives contained in Your Honor's June 2, 2026 Order [Dckt. No. 91] be extended to June 4, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     420 Lexington Avenue, Suite 2458
     New York, NY 10170
     Tel. No.:  (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Plaintiff*

The Court is mystified by the parties' inability to follow Court orders and tires of their repeated violations of its directives.  The parties have until tomorrow, **June 4, 2026,** at **12:00 p.m.** to file the required pretrial submissions.

The Clerk of Court is directed to terminate the pending motion at docket entry 92.

SO ORDERED.

Dated:     June 3, 2026
           New York, New York

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE