**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

August 4, 2026

***VIA ECF***
The Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Perez v. Martino et al*
**Case No.: 1:23-cv-00193-KPF**

Dear Honorable Judge Failla,

This law firm represents the Plaintiff Wilburt Perez (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request: (i) an extension of the parties' deadline to file the necessary paperwork to effectuate the dismissal of this action from August 5, 2026 to, through and including, September 5, 2026; and (ii) an adjournment of the in-person status conference from August 6, 2026, to a date and time set by the Court after September 6, 2026.

This is the first request of its kind. If granted, the instant request would not affect any other court-ordered deadlines.

The basis of the request is that the parties have been working cooperatively to exchange the final documents, needed to effectuate the dismissal of the instant action. In light of the foregoing, a short extension of the existing deadline, as well as a short adjournment of the upcoming conference, is in the interests of judicial economy. The parties are optimistic that they can resolve any further concerns, without further court intervention.

In light of the foregoing, Plaintiff respectfully requests that the Court grant: (i) an extension of the parties' deadline to file the necessary paperwork to effectuate the dismissal of this action from August 5, 2026 to, through and including, September 5, 2026; and (ii) an adjournment of the in-person status conference from August 6, 2026, to a date and time set by the Court after September 6, 2026.

Thank you, in advance, for your time and attention to this matter.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel

Application DENIED. Pursuant to the Court's July 7, 2026 memo endorsement, the parties shall either (i) file the materials necessary to finalize the settlement and dismissal of this case on or before **August 5, 2026 (tomorrow)**, or (ii) they shall appear for an in-person conference on **August 6, 2026**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 to explain themselves. (Dkt. #106). In particular, the Court will expect the parties to explain how they have been unable to consummate settlement despite notifying the Court on June 15, 2026 -- mere days before a trial in this case was set to commence, and after the Court had already committed substantial resources to preparing for that trial -- that they had reached a settlement in principle and needed only two weeks to finalize it. (*See* Dkt. #101). To put it bluntly, the Court will not permit the parties to use what increasingly appears to be a false promise of settlement to perpetually extend the deadlines in this case and to prevent its resolution.

The Clerk of Court is directed to terminate the pending motion at docket entry 107.

dated: August 4, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE