**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Wilburt Perez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

*Plaintiff,*

- *against* –

Michael J. Martino, and Jonas Bronck Housing Co. Inc.,

*Defendants.*

-----------------------------------------------------------X

Case No.: 1:23-cv-00193-KPF

**JUDGMENT**

On August 4, 2026, Plaintiff Francisco Wilburt Perez (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Michael J. Martino, and Jonas Bronck Housing Co. Inc. (the "Defendants") in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

This judgment is intended to resolve, in full satisfaction, of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

Dated: August 5, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE